Certificate Number: 14751-MA-CC-038478529



14751-MA-CC-038478529

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 14, 2024, at 8:55 o'clock PM PDT, BRITTNEY A CAHILL received from $$$$$$0$ BK Class, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of Massachusetts, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:    May 14, 2024            By:    /s/AMEY AIONO

                                 Name:  AMEY AIONO

                                 Title: Certified Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 14751-MA-CC-038478529



14751-MA-CC-038478529

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 14, 2024</u>, at <u>8:55</u> o'clock <u>PM PDT</u>, <u>BRITTNEY A CAHILL</u> received from <u>$$$$$$0$ BK Class, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Massachusetts</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>May 14, 2024</u>          By:  <u>/s/AMEY AIONO</u>

Name:  <u>AMEY AIONO</u>

Title:  <u>Certified Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).