## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>Brittney Ann Cahill,<br><br>      Debtor. | Chapter 7<br>Case No.: 24-11130 (JEB) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that, on behalf of Nationstar Mortgage LLC ("Creditor"), a creditor in the above-captioned case, the undersigned requests that all notices required to be given in this case and all papers required to be served in this case pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the undersigned, and that the undersigned be added to the Court's Master Mailing List

Date: June 10, 2024

/s/ Jennifer L. Joubert
Jennifer L. Joubert, Esq. (BBO#671032)
Marinosci Law Group, P.C.
275 West Natick Rd, # 500
Warwick, RI 02886
Telephone: (401) 234-9200
bkinquiries@mlg-defaultlaw.com
jjoubert@mlg-defaultlaw.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>Brittney Ann Cahill,<br><br>      Debtor. | Chapter 7<br>Case No.: 24-11130 (JEB) |

## CERTIFICATE OF SERVICE

I, Jennifer L. Joubert, of Marinosci Law Group, P.C., do hereby certify that on June 10, 2024, I served a copy of the *Notice of Appearance and Request for Notice* on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

Signed this 10th day of June, 2024.

                                        /s/ Jennifer L. Joubert
                                        Jennifer L. Joubert, Esq. (BBO#671032)
                                        Marinosci Law Group, P.C.
                                        275 West Natick Rd, # 500
                                        Warwick, RI 02886
                                        Telephone: (401) 234-9200
                                        bkinquiries@mlg-defaultlaw.com
                                        jjoubert@mlg-defaultlaw.com

**VIA ECF**

Steven R. Striffler, Esq., on behalf of Debtor

Richard King- B, on behalf of the Assistant U.S. Trustee

Mark G. DiGiacomo, on behalf of the U.S. Trustee

**VIA US MAIL**

Brittney Ann Cahill
11 Agawam Street Apt 3
Dorchester, MA 02122